JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 09-04701 BRO (Ex)** | Date | March 3, 2014 |
|---|---|---|---|
| Title | **Alberto Mejia et al v. EMC Mortgage Corporation et al** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DISMISSAL**

A Notice of Settlement was filed on August 8, 2013. (Docket No. 101). The Court granted multiple requests for a continuance to file a Stipulated Dismissal.

On December 19, 2013, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before February 14, 2014.

To date, however, no dismissal and/or further request to continue has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|